**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 1:19-CR-00281** |
| | **:** | |
| **v.** | **:** | **(Judge Wilson)** |
| | **:** | |
| **CESAR RODRIGUEZ-AREVALO** | **:** | **(Electronically Filed)** |

## CERTIFICATE OF NON-CONCURRENCE

I, Ari D. Weitzman, Esquire, of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney, Joanne Sanderson, Esquire, does not concur in the foregoing Motion to Dismiss Indictment.

Date:  March 11, 2022

*/s/ Ari D. Weitzman*
ARI D. WEITZMAN, ESQUIRE
Asst. Federal Public Defender
Attorney ID# PA81927
100 Chestnut Street, 3rd Fl.
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*ari_weitzman@fd.org*
*Attorney for Cesar Rodriguez-Arevalo*