IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:19-CR-00281 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| CESAR RODRIGUEZ-AREVALO | : | (Electronically Filed) |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2022, upon consideration of the within Motion to Dismiss Indictment, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
JENNIFER P. WILSON
United States District Judge