# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:19-CR-00281 |
| | : | |
| v. | : | |
| | : | |
| CESAR RODRIGUEZ-AREVALO | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of May, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion to dismiss the indictment, Doc. 26, is **DENIED**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania